**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES CLARK, | ) NO. CV 08-03848 DOC (SS) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| R.E. BARNES, Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  February 12, 2009

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE